**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| JACK FRANTZ, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case No. 3:97-cv-346 |
| | : | |
| v. | : | |
| | : | Judge Thomas M. Rose |
| BRADFORD VILLAGE, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |

---

**ORDER GRANTING MOTION TO REVIVE DORMANT JUDGMENT
AGAINST DEFENDANT/JUDGMENT DEBTOR SHANE DUFFEY (DOC. NO.
116)**

---

This matter is before the Court on the Motion to Revive Dormant Judgment Against Defendant/Judgment Debtor Shane Duffey ("Motion") (Doc. No. 116), filed by Plaintiff/Judgment Creditor Jack Frantz. The Court has considered the Motion, and, for good cause shown and by agreement of the Parties (*see* Doc. No. 122), the Court finds that there is no evidence that the judgment has been paid or satisfied in full, and the Motion is timely made under the applicable ten-year statute of limitations. Therefore, the Court hereby **GRANTS** the instant Motion to Revive Dormant Judgment Against Defendant/Judgment Debtor Shane Duffey (Doc. No. 116).

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that from the date of this Order, the judgment entered on April 8, 2003, in favor of Plaintiff/Judgment Creditor Jack Frantz against Defendant/Judgment Debtor Shane Duffey in the principal amount of $100,000.00 is **REVIVED**, having become dormant under Ohio law on June 25, 2023.

The revived judgment shall bear interest at 1.19% per annum from April 8, 2003, the date

1

of the now-revived judgment, to June 25, 2023, and from the date of this Order, the date of revival, until the judgment is satisfied in full.

The Clerk is further **DIRECTED** to note revival of the April 8, 2003 judgment on the Court's docket.

**DONE** and **ORDERED** in Dayton, Ohio, this Monday, March 2, 2026.

s/Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

2